# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | |
| v. | ) | Case Number:   1:20-CR-493-JPB-1 |
| | ) | USM Number:  N/A |
| NHA THUOC HOA DA, LLC | ) | |
| | ) | Patrick J. McDonough and W. Carl Lietz, III |
| | ) | Defendant's Attorneys |

**THE DEFENDANT:**

The defendant pleaded guilty to Count 1 of the Information.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 331(c) and 333(a)(2) | RECEIPT OF MISBRANDED DRUGS IN INTERSTATE COMMERCE AND DELIVERY | August 2018 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

September 16, 2021
_____
Date of Imposition of Judgment

_____
Signature of Judge

J. P. BOULEE, U. S. DISTRICT JUDGE
_____
Name and Title of Judge

September 21, 2021
_____
Date

DEFENDANT:   NHA THUOC HOA DA, LLC
CASE NUMBER:  1:20-CR-493-JPB-1                                    Judgment -- Page **2** of **5**

Judgment in a Criminal Case
Sheet 4 -- Probation

## PROBATION

You are hereby sentenced to probation for a term of: **ONE (1) YEAR as to Count 1 of the Information.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
3. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
4. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT:   NHA THUOC HOA DA, LLC
CASE NUMBER:  1:20-CR-493-JPB-1                                              Judgment -- Page **3** of **5**

## CONDITIONS OF PROBATION

 While on probation, the defendant shall not commit another federal, state, or local crime and shall comply with the following additional conditions:

1.  The defendant shall make periodic submissions to the probation officer on at least an annual basis, reporting on the organization's financial condition and results of busines operation, and accounting or the disposition of all funds received.

2.  The defendant shall submit to: (A) regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the Court; and (B) interrogation of knowledgeable individuals within the organization. Compensation to and costs of any experts engaged by the Court shall be paid the organization.

3.  The defendant shall be required to notify the probation officer immediately upon learning of (A) any material adverse change in its business or financial condition or prospects, or (B) the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiry by governmental authorities regarding the organization.

4.  The defendant shall comply with the proposed compliance program, which includes not purchasing any products outside of the United States and shall make periodic reports to the probation officer regarding the organization's progress in implementing the compliance and ethics program. Among other things, such reports shall disclose any criminal prosecution, civil litigation, or administrative proceeding commenced against the defendant, or any investigation or formal inquiry by governmental authorities of which the defendant learned since it last report.

DEFENDANT:  NHA THUOC HOA DA, LLC
CASE NUMBER:  1:20-CR-493-JPB-1                                    Judgment -- Page **4** of **5**

Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 5.

<u>Special Assessment</u>

TOTAL          $400

TOTAL          <u>Forfeiture</u>

The Court hereby incorporates as part of this sentence the Consent Preliminary Order of Forfeiture entered on April 22, 2021, (Doc. 10).

DEFENDANT:   NHA THUOC HOA DA, LLC
CASE NUMBER:  1:20-CR-493-JPB-1                                Judgment -- Page **5** of **5**

Judgment in a Criminal Case
Sheet 6 -- Schedule of Payments

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A.  ☐ Lump sum payment of $ due immediately, balance due:
    ☐ not later than _____, or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or
B.  ☐ Payment to begin immediately (may be combined with: ☐ C, ☐ D, or ☐ F below): or
C.  ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____ *(e.g., months or years)*, to commence _____ days *(e.g., 30 or 60 days)* after the date of this judgment; or
D.  ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____ *(e.g., months or years)*, to commence _____ days *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or
E.  ☐ Payment during the term of supervised release will commence within _____ days *(e.g., 30 or 60 days)* after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or
F.  ☑ Special instructions regarding the payment of criminal monetary penalties:
- The defendant shall pay the money judgment as follows: $500,000 shall be paid via cashier's check made payable to United States Marshal's Service at or before the time of sentencing. The remaining $500,000 shall be paid via cashier's check made payable to USMS within 180 days after the date the judgment is entered. The defendant shall provide proof of payment of the remaining $500,000 to the probation officer.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☑    The defendant shall forfeit the defendant's interest in the following property to the United States:

**The Court hereby incorporates as part of this sentence the Consent Preliminary Order of Forfeiture entered on April 22, 2021, (Doc. 10).**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.