IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

NHA THUOC HOA DA, LLC

Criminal Action No.

1:20-cr-00493-JPB

## **FINAL ORDER AND JUDGMENT OF FORFEITURE**

This matter is before the Court on the Government's Motion for Final Order of

Forfeiture for property seized from Defendant Nha Thuoc Hoa Da, LLC. The

Court entered the Consent Preliminary Order of Forfeiture on April 22, 2021, [Doc.

10], forfeiting the following property to the United States pursuant to 21 U.S.C.

§ 334 and 28 U.S.C. § 2461(c):

a. FUNDS:

i. $12,529.29 in U.S. Currency (Asset ID # 18-FDA-000123), seized on

or about August 22, 2018, from Bank of America personal checking

account ending 8357, held in the names of Tuyet Nguyen and Vu

Trinh; and,

ii. $34,403.63 in U.S. Currency (Asset ID # 18-FDA-000124), seized on

or about August 22, 2018, from Metro City Bank personal checking

account ending 5117, held in the name of Tuyet Nguyen.

b. PERSONAL PROPERTY: One Men's Rolex Watch, Serial #

OCOP2016(Asset ID # 18-FDA-000122), seized on or about August 22,

2018, from 3141 Barkley Square Drive, Duluth, Georgia 30097.

c. MONEY JUDGMENT: A personal forfeiture money judgment

against Defendant in the amount of $1,000,000.00 (One Million

Dollars), which represents the proceeds that Defendant obtained as a

result of the offense in Count One of the Information.

The United States published notice of the forfeiture action on the official

government internet site forfeiture.gov for at least thirty consecutive days. No

one has filed a claim to the assets and the deadline for doing so has expired.

This Court having found that Defendant has an interest in the property

subject to forfeiture, pursuant to 21 U.S.C. § 334 and 28 U.S.C. § 2461(c), and that

no one filed a petition claiming an interest in the assets, it is hereby ORDERED,

ADJUDGED AND DECREED that:

1. A final forfeiture judgment against the following property is hereby entered

pursuant to 21 U.S.C. § 334 and 28 U.S.C. § 2461(c):

a. FUNDS:

i. $12,529.29 in U.S. Currency (Asset ID # 18-FDA-000123), seized on

or about August 22, 2018, from Bank of America personal checking

account ending 8357, held in the names of Tuyet Nguyen and Vu

Trinh; and,

ii. $34,403.63 in U.S. Currency (Asset ID # 18-FDA-000124), seized on

or about August 22, 2018, from Metro City Bank personal checking

account ending 5117, held in the name of Tuyet Nguyen.

b. PERSONAL PROPERTY: One Men's Rolex Watch, Serial #

OCOP2016 (Asset ID # 18-FDA-000122), seized on or about August

22, 2018, from 3141 Barkley Square Drive, Duluth, Georgia 30097.

c. MONEY JUDGMENT: A personal forfeiture money judgment

against Defendant in the amount of $1,000,000.00 (One Million

Dollars), which represents the proceeds that Defendant obtained as a

result of the offense in Count One of the Information.

2. All right, title and interest in the above assets is hereby condemned,

forfeited and vested in the United States and shall be disposed of

according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS 24th day of September, 2021.

_____
J. P. BOULEE
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Sekret T. Sneed
Sekret T. Sneed
Assistant United States Attorney